Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014    FAX (213) 689-3055

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:                                ) Case No.: 2:07-bk-14644 VK
                                      )
  Hamrick III, Hayward Russell        ) TRUSTEE'S NOTICE OF
                                      ) UNCLAIMED DIVIDEND
                                      ) (Bankruptcy Rule 3011)
                                      )
                                      )
                                      )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 633748 in the sum of $690.00 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

    Hayward Russell Hamrick, III
    P.O. Box 691599
    West Hollywood, CA 90069-9599

Date: March 16, 2011                /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                  Check No. 633748
Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0714644-VK | 999-0 | HAMRICK III, HAYWARD RUSSELL | | 0.00 | 690.00 | 0.00 | 690.00 |

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

March 16, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA  90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 633748

PAY** Six Hundred Ninety Dollars and No Cents***********************************
TO THE ORDER OF

AMOUNT **********$690.00 ***

VOID AFTER June 14, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑆633748⑆ ⑈061100790⑈ 000000575200 ⑈